UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ALI BILE,<br><br>    Petitioner<br><br>    v.<br><br>TROY LUND, et al.,<br><br>    Respondents. | Case No. CV 15-8294-CJC (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion filed on October 23, 2015 [Dkt. 1, "Petition"], all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge (Dkt. 11, "Report"), and the parties' Objections to the Report [Dkt. 12-13]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

    Nothing in the Objections affects or alters the analysis and conclusions set forth in the Report. As discussed in the Report, the instant Petition raises the same claims and arguments that this Court rejected in Petitioner's prior case (Case No. CV 15-5323-CJC (GJS)) through a summary dismissal Order and Judgment entered on

1  September 3, 2015.  The Court notes that, since the Report issued, the United States
2  Court of Appeals for the Ninth Circuit found Petitioner's appeal of this Court's
3  September 3, 2015 Order and Judgment to be frivolous.  (*See* Dkt. 11, Case No. CV
4  15-5323-CJC (GJS).)
5  Having completed its review, the Court accepts the findings and
6  recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1)
7  the Petition is DENIED; and (2) Judgment shall be entered dismissing this action
8  with prejudice.
9  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: March 17, 2016    _____
                        CORMAC J. CARNEY
                        UNITED STATES DISTRICT JUDGE